# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ROBERT KIMBLE, ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF SHARON KIMBLE AND ROBERT KIMBLE IN HIS OWN RIGHT | : | No. 594 MAL 2021 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| LASER SPINE INSTITUTE, LLC, LASER SPINE INSTITUTE PHILADELPHIA, LASER SPINE INSTITUTE OF PENNSYLVANIA, LLC, GLENN RUBENSTEIN, M.D. | : | |
| | : | |
| PETITION OF: LASER SPINE INSTITUTE, LLC, LASER SPINE INSTITUTE PHILADELPHIA, LASER SPINE INSTITUTE OF PENNSYLVANIA, LLC | : | |

| | | |
|---|---|---|
| ROBERT KIMBLE, ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF SHARON KIMBLE AND ROBERT KIMBLE IN HIS OWN RIGHT | : | No. 595 MAL 2021 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| LASER SPINE INSTITUTE, LLC, LASER SPINE INSTITUTE PHILADELPHIA, LASER SPINE INSTITUTE OF PENNSYLVANIA, LLC, GLENN RUBENSTEIN, M.D. | : | |
| | : | |
| PETITION OF: GLENN RUBENSTEIN, M.D. | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 9th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.

      Appellants' Application for Leave to File Reply in Further Support of Petition for Allowance of Appeal is hereby **GRANTED**.